**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **RICHARD DWAYNE NORRIS,** | ) |
| *BOP Prisoner No. 17815-003*, | ) |
| | ) |
| **Movant,** | ) |
| | ) **CIVIL ACTION NO. 1:21-00268-JB-N** |
| **v.** | ) |
| | ) **CRIMINAL ACTION NO. 1:19-00281-JB-N** |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge dated September 5, 2024 (Doc. 81[1]), and made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant **RICHARD DWAYNE NORRIS**'s operative motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, dated October 12, 2023 (Doc. 65), is **DENIED** and **DISMISSED with prejudice**. In connection with this final adverse order, the Court issues a Certificate of Appealability on the following issue:

> Whether Norris's trial counsel rendered ineffective assistance in violation of the Sixth Amendment by failing to pursue a motion to suppress the evidence seized from Norris's truck on September 16, 2019, on the basis that the officers did not have reasonable suspicion to prolong the traffic stop to allow for the arrival of a drug-sniffing dog.

---

[1] All "Doc." citations herein refer to the docket of the above-numbered criminal action.

Norris is **DENIED** a Certificate of Appealability on all other issues.

Final judgment in accordance with this order shall forthwith be set out by separate document under Federal Rule of Civil Procedure 58. The Clerk of Court is **DIRECTED** to thereafter administratively close the above-numbered civil action.

**DONE and ORDERED** this 26th day of September, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE